METROPOLITAN WEST SIDE ELEVATED RAILROAD CO.

*v.*

WILLIAM CLANCY *et al.*

*Filed at Springfield October 30, 1894.*

This case is governed by *Metropolitan West Side Elevated Railroad Co.* v. *Stickney*, 150 Ill. 362.

Per CURIAM : The questions in this case are identical with those decided in *Metropolitan West Side Elevated Railroad Co.* v. *Stickney et al.* 150 Ill. 362. For the reasons stated in that case, this judgment will be reversed, and the cause will be remanded to the Superior Court for further proceedings.     *Judgment reversed.*